| In re<br>Joseph Sherwood,<br><div style="text-align:right">Debtor.</div> | (SHORT TITLE) | CHAPTER: 7<br>CASE NO.: 1:10-bk-12894-MT |
|---|---|---|

**FILED & ENTERED**

**JUN 29 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY adomingu DEPUTY CLERK**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Ja Vonne M. Phillips, Esq. SBN 187474<br>Christelle N. Ramseyer, Esq. SBN 265571<br>**McCarthy & Holthus, LLP**<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>Phone (619) 685-4800<br>Fax (619) 685-4810<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Arch Bay Holdings, LLC-Series 2008B, its assignees and/or successors and the servicing agent Marix Servicing LLC | FOR COURT USE ONLY |
|---|---|

<div style="text-align:center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re:<br><br>Joseph Sherwood,<br><div style="text-align:right">Debtor.</div> | CHAPTER: 7<br>CASE NO.: 1:10-bk-12894-MT<br><br>DATE: 6/24/2010<br>TIME: 9:30AM<br>CTRM: 302<br>FLOOR: 3rd |
|---|---|

<div style="text-align:center">

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER 11 U.S.C. § 362 (Real Property)**
**(MOVANT: Arch Bay Holdings, LLC-Series 2008B, its assignees and/or successors and the servicing agent Marix Servicing LLC)**

</div>

1. The Motion was: ☐ Contested ☒ Uncontested ☐ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

    *Street Address:* 2101 Havenscourt Boulevard
    *Apartment/Suite No.:*
    *City, State, Zip Code:* Oakland, CA 94621

    Legal description or document recording number (including county of recording): 2006287465, Alameda County, California

    ☒ See attached page

3. The Motion is granted under:   ☒ 11 U.S.C. § 362(d)(1) ☒ 11 U.S.C. § 362(d)(2) ☐ 11 U.S.C. § 362(d)(3)
   ☒ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

    a.  ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.

    b.  ☐ Annulled retroactively to the date of the bankruptcy petition filing.

    c.  ☐ Modified or conditioned as set forth in Exhibit   to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

(Continued on next page)

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| Joseph Sherwood, | | |
| | Debtor. | CASE NO.: 1:10-bk-12894-MT |

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify):*

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☒ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

    ☒ transfer of all or part of ownership of, or interest in, the Property without the consent of the secured creditor or court approval.

    ☐ multiple bankruptcy filings affecting the property.

    If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court orders as follows:

    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

    b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

    c. ☒ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.

    d. ☒ See attached continuation page for additional provisions.

###

DATED: June 29, 2010

_____
United States Bankruptcy Judge

| In re<br>Joseph Sherwood, | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor. | CASE NO.: 1:10-bk-12894-MT |

# (*OPTIONAL*)
# EXTRAORDINARY RELIEF ATTACHMENT
# (MOVANT: Arch Bay Holdings, LLC-Series 2008B, its assignees and/or successors and the servicing agent Marix Servicing LLC)

*(This Attachment is the continuation page for Paragraph  10 c   of the foregoing Order.)*

Based upon evidence of efforts by Debtor(s) or others acting in concert with Debtor(s) to delay, hinder or defraud Movant by abusive bankruptcy filings, this court further orders as follows:

1. ☐ This Order is binding and effective in any bankruptcy case commenced by or against the Debtor(s) for a period of 180 days from the hearing of the Motion.

2. ☐ This Order is binding and effective in any bankruptcy case commenced by or against any successors, transferees, or assignees of the above-named Debtor(s) for a period of 180 days from the hearing of the Motion.
   ☐ without further notice.
   ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

3. ☐ This Order is binding and effective in any bankruptcy case commenced by or against any debtor(s) who claim(s) any interest in the Property for a period of 180 days from the hearing of the Motion.
   ☐ without further notice.
   ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

4. ☐ This Order is binding and effective in any future bankruptcy case, no matter who the debtor(s) may be
   ☐ without further notice.
   ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

5. ☐ The Debtor(s) is/are hereby enjoined from transferring all or any portion of the Property for a period of 180 days from the hearing of the Motion except as may be authorized by further order of this Court, and any transfer in violation of this Order is void.

6. ☐ The Sheriff or Marshal may evict the Debtor(s) and any other occupant from the subject Property regardless of any future bankruptcy filing concerning the Property for a period of 180 days from the hearing of the Motion.
   ☐ without further notice.
   ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

7. ☒ Other (*specify*): **For an Order which prevents any prior, current, or subsequent bankruptcy case filed by any person or entity from creating an automatic stay as to Movant, its assignees and/or successors in interest, with respect to the Property, allowing Movant to proceed with foreclosure, and/or unlawful detainer action pursuant to state law, without providing any further notice or having to further obtain relief from the Bankruptcy Court.**

Order on Motion for Relief from Stay (Real Property) – Page 4 of 6         **F 4001-1O.RP**

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| Joseph Sherwood, | Debtor. | CASE NO.: 1:10-bk-12894-MT |

Legal Description

LOT 50, BLOCK 9, HAVENSCOURT, FILED MAY 7, 1912, MAP BOOK 26, PAGE 90 AND 91, ALAMEDA COUNTY RECORDS.

APN: 039-3254-025

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                           **F 4001-1O.RP**

Order on Motion for Relief from Stay (Real Property) – Page 5 of 6          **F 4001-1O.RP**

| In re<br>Joseph Sherwood, | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor. | CASE NO.: 1:10-bk-12894-MT |

**Continuation Page For Additional Provisions Pursuant To 10 (d) Of Attached Order**

**BY VIRTUE OF THE ENTRY OF THIS ORDER, THE BORROWERS' BANKRUPTCY PROCEEDINGS HAVE NOW BEEN FINALIZED WITH REGARD TO THE SUBJECT PROPERTY WITHIN THE MEANING OF CALIFORNIA CIVIL CODE SECTION 2923.5(h) (3).**

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*          **F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 6 of 6    **F 4001-10.RP**

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| Joseph Sherwood, | Debtor. | CASE NO.: 1:10-bk-12894-MT |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____06/25/2010_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**UNITED STATES TRUSTEE**
ustpregion16.wh.ecf@usdoj.gov

**McCarthy & Holthus, LLP**
bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**DEBTOR - Joseph Sherwood, 6051 Comey Avenue, Los Angeles, CA 90034**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-10.RP**